USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/24/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNSEL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND; TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND; and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

        Petitioners,

v.

NATIONAL RETAIL INSTALLATION INC.,

        Respondent.

No. 22-CV-6876 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    This case has been assigned to me for all purposes. On August 12, 2022, Petitioners filed a complaint seeking confirmation of an arbitration award. Petitioners have not yet docketed an affidavit of service.

    Confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby:

    ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition for confirmation by September 7, 2022. Respondent's opposition, if any, is due on October 5, 2022. Petitioners' reply, if any, is due on October 19, 2022.

IT IS FURTHER ORDERED that Petitioners shall serve a copy of this Order on Respondent.

SO ORDERED.

Dated:   August 24, 2022
              New York, New York

                                                Ronnie Abrams
                                                United States District Judge