**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, and APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND,
TRUSTEES OF THE NEW YORK CITY
CARPENTERS RELIEF AND CHARITY
FUND, and THE CARPENTER
CONTRACTOR ALLIANCE OF
METROPOLITAN NEW YORK,

                    Petitioners,

    -against-                               22 **CIVIL** 6876 (RA)

                                               **JUDGMENT**

NATIONAL RETAIL INSTALLATION
CORP. d/b/a NATIONAL RETAIL
INSTALLATION INC.,

                    Respondent.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the

Court's Memorandum Opinion & Order dated May 4, 2023, Petitioners' motion to confirm the arbitration award

of $67,909.01 is granted. Petitioners' motion for attorney's fees and costs is also granted. Judgment is entered in

the amount of $67,909.01 plus (1) $1,776 in attorney's fees and $77.57 in costs; (2) pre-judgment interest from

May 11, 2022 through the date of judgment in this action at the rate of 5.25%, in the amount of $3,565.22; and

(3) post-judgment interest at the statutory rate; accordingly, the case is closed.

**Dated:**  New York, New York

     May 11, 2023

                                       **RUBY J. KRAJICK**

                                  _____
                                        **Clerk of Court**

               **BY:**      K. Mango

                                 _____
                                      **Deputy Clerk**